UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS KNOX, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-12457-LTS |
| MASSACHUSETTS DEPARTMENT OF CORRECTION, et al., | ) |
| Defendant. | ) |

ORDER ON REPORT AND RECOMMENDATION

August 8, 2017

SOROKIN, J.

After de novo review of the pending Motions for Summary Judgment, Judge Boal's Report and Recommendation, Doc. No. 158, and Plaintiff's partial objection to that Report and Recommendation Doc. No. 159, the Court ADOPTS the Report and Recommendation. The Court ALLOWS the Motions for Summary Judgment filed by Defendants, Doc. Nos. 118, 122, and DENIES Plaintiff's Partial Motion for Summary Judgment, Doc. No. 125.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

1